# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00236-CR

**Paul Lafayett Kirksey, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 424TH JUDICIAL DISTRICT
### NO. 6072, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). The Court notified appellant's attorney of record that the appeal would be dismissed if the clerk's record was not paid for by July 20, 2009. No payment has been made, and counsel has informed the Court that appellant does not intend to pursue the appeal. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   August 6, 2009

Do Not Publish